IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CLIFFORD ARTHUR NEWMAN**
ADC #151839                                                                                          PETITIONER

v.                                          No. 2:22-cv-188-DPM

**DEXTER PAYNE, Director, ADC;**
**SOLOMON GRAVES, Secretary, ADC; and**
**TOMMY HURST, Warden, ADC**                                                  RESPONDENTS

ORDER

Unopposed recommendation, *Doc. 17*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Newman's § 2254 petition, *Doc. 2*, will be dismissed with prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2023