IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CLIFFORD ARTHUR NEWMAN**                                                        **PETITIONER**
**ADC #151839**

v.                                   No. 2:22-cv-188-DPM

**DEXTER PAYNE, Director, ADC;**
**SOLOMON GRAVES, Secretary, ADC; and**
**TOMMY HURST, Warden, ADC**                                                      **RESPONDENTS**

## JUDGMENT

Newman's § 2254 petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2023